CLAY v. SOUTHERN RY. CO. (Circuit Court of Appeals, Sixth Circuit. March 20, 1899.) No. 608. In Error to the Circuit Court of the United States

for the Eastern District of Tennessee. J. B. Cox and Isaac Harr, for plaintiff in error. Jourolmon, Welcker & Hudson, for defendant in error. No opinion. Affirmed, with costs.